**J. G. HAMMOND, Inc., et al. v. Almer L. CLARY et al.**

No. 3874.

Court of Civil Appeals of Texas. El Paso.
May 18, 1939.

W. H. Sanford and Conan Cantwell, both of Dallas, for plaintiffs in error.

Thomas Y. Banks, of San Antonio, W. F. Bane, of Dallas, Lasseter, Simpson, Spruiell & Lowry and Grisham & Grisham, all of Tyler, and H. P. Smead, of Longview, for defendants in error.

PER CURIAM.

None of plaintiffs in error have filed briefs herein. The writ of error is dismissed for want of prosecution.

**W. A. BELL, Administrator, Appellant, v. NATIONAL BANK OF COMMERCE OF SAN ANTONIO, TEXAS, Appellee.**

No. 10603.

Court of Civil Appeals of Texas.
San Antonio.
June 14, 1939.

Leroy C. Mumme, of Kenedy, for appellant.

Beasley & Beasley, of Beeville, and R. L. Ball, of San Antonio, for appellee.

SMITH, Chief Justice.

In this case neither party has filed briefs, but appellee has filed motion that judgment be affirmed.

In the absence of briefs, this Court may, in its discretion, dismiss the appeal for want of prosecution, or go into the record to determine if fundamental error lurks therein, and, if not, to affirm; but if error is apparent, to reverse. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.

We have inspected the record and perceive no error.

The motion is granted and the judgment will be affirmed.

**Benjamin M. STANSBURY, Administrator, et al. v. Marcus P. HAYNES et al.**

No. 3834.

Court of Civil Appeals of Texas.
El Paso.
May 18, 1939.

Edwin M. Fulton, of Gilmer, Lee & Porter, of Longview and Wm. Hodges, of Texarkana, for plaintiffs in error.

Wynne & Wynne and H. H. Harbour, all of Longview, F. C. Bolton, of Henderson, and J. W. Timmins, of Dallas, for defendants in error.

PER CURIAM.

Plaintiffs in error have filed no briefs herein. The writ of error is therefore dismissed for want of prosecution.